UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 16 Cr. 130 (KPF) |
| SOULEYMANE BALDE, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The parties in this matter are hereby ORDERED to appear for a telephone conference on **March 26, 2020, at 11:00 a.m.** Counsel for Mr. Balde has indicated to the Court that they will waive his presence at this conference.

The dial-in information is as follows: At 11:00 a.m. on March 26, 2020, the parties shall call (888) 363-4749 and enter access code 5123533. If the conference line requests a "security code" the parties shall press "*". Please note, the conference will not be available prior to 11:00 a.m.

SO ORDERED.

Dated: March 25, 2020
New York, New York

*Katherine Polk Failla*
_____
KATHERINE POLK FAILLA
United States District Judge