UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 16 Cr. 130 (KPF) |
| SOULEYMANE BALDE, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

For the reasons discussed during the May 21, 2020 telephonic conference, the Indictment in this matter is DISMISSED without prejudice. Execution of this decision is STAYED until the earlier of the Government filing a new complaint in this action or May 22, 2020, at 12:00 p.m. The trial in this matter is hereby ADJOURNED *sine die*.

SO ORDERED.

Dated:  May 21, 2020
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge